## RESOLUTION 2015-

**WHEREAS**, the Warren County Regional Chamber of Commerce ("Chamber") has for many years promoted and advanced the economic development in Warren County; and

**WHEREAS**, the economic downturn in recent years, which was of a worldwide and historic nature, has particularly impacted Warren County; and

**WHEREAS**, the impact has manifested itself in part by the Chamber suffering a decrease in its membership and lack of participation over the past several years; and

**WHEREAS**, despite the best efforts of the Board of Directors and the Executive Board, the decrease in membership and lack of participation over the past several years has severely impacted the financial well-being of the Chamber; and

**WHEREAS**, the stark reality of the Chamber's financial situation is that it is not possible to continue to operate; and

**WHEREAS**, the Board has determined that the only viable and responsible option is to file for bankruptcy.

**NOW, THEREFORE, BE IT RESOLVED** by the Board of Directors of the Warren County Regional Chamber of Commerce, County of Warren and State of New Jersey, that the Warren County Regional Chamber of Commerce file a petition under Chapter 7 of the United States Bankruptcy Code.

Certification:

I, Ayn Carey, Vice-Chair of the Warren County Chamber of Commerce, County of Warren, do hereby certify that the forgoing is a true and exact copy of the resolution adopted by the Board of Directors of the Warren County Chamber of Commerce on April 10, 2015.

*/s/ Ayn Carey*

{00461282-1}